Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNESTO VARGAS, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**YOUR MARKETING SOURCE, INC. dba INTERNET LOCAL LISTINGS, INC.,**<br><br>DEFENDANT. | Case No. 8:14-cv-00513<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses Plaintiff's individual claims

with prejudice and the putative class claims without prejudice. Defendant has

neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Accordingly, this matter may be dismissed without an Order of the Court.

RESPECTFULLY SUBMITTED this 6th day of August, 2014.

By:     s/Todd M. Friedman
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Filed electronically on this 6th day of August, 2014, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 6th day of August, 2014, via the ECF system to:

Honorable Cormac J. Carney
Judge of the United States District Court
Central District of California

Christine Reilly
Loeb & Loeb, LLP
10100 Santa Monica Blvd #2200
Los Angeles CA 90067

By: s/Todd M. Friedman
        Todd M. Friedman